# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DIAMOND SPORTS GROUP, LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Misc. Case No.   1:23-mc-468<br><br>Chapter 11 |
| DIAMOND SPORTS GROUP, LLC and DIAMOND SPORTS NET, LLC,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>SINCLAIR BROADCAST GROUP, INC., SINCLAIR TELEVISION GROUP, INC., DIAMOND SPORTS TOPCO LLC, DIAMOND SPORTS INTERMEDIATE HOLDINGS LLC, DIAMOND SPORTS INTERMEDIATE HOLDINGS A LLC, DIAMOND SPORTS HOLDINGS LLC, DAVID SMITH, CHRISTOPHER RIPLEY, LUCY RUTISHAUSER, SCOTT SHAPIRO, and BALLY'S CORPORATION,<br>　　　　　　　　　　Defendants. | (Jointly Administered)<br><br>BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION<br><br>S.D. Tex. Case No. 23-90116<br><br>Adv. Prn. No. 23-03134 |

**NOTICE OF SINCLAIR BROADCAST GROUP, INC.'S MOTION TO TRANSFER OR FOR AN ORDER COMPELLING DOCUMENT PRODUCTION**

---

[1] A complete list of each of the debtors in these chapter 11 cases (collectively, the "Debtors" or "Diamond") may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 37(a)(2) and Fed R. Civ. P. 45(d)(2)(B)(i), upon the accompanying (i) Memorandum of Law in Support of Sinclair Broadcast Group, Inc.'s ("Sinclair") Motion to Compel Compliance with Subpoena Duces Tecum served upon the Office of the Commissioner of Baseball ("MLB"), and (ii) Declaration of Scott Danner, dated December 5, 2023 and the exhibits attached thereto, Sinclair, by and through its undersigned counsel, will and hereby does move this Court at the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 for an Order pursuant to Fed. R. Civ. P. 45(f) transferring this motion to United States Bankruptcy Court for the Southern District of Texas, from which the subpoena was issued and which has familiarity with the discovery issues in the above-captioned underlying adversary proceeding. In the alternative, Sinclair moves for an Order (a) pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i) and Rule 45(g) to compel compliance with a third-party subpoena issued to MLB in connection with the underlying adversary proceeding.

Respectfully submitted,

December 5, 2023

**HOLWELL SHUSTER & GOLDBERG LLP**

/s/ Scott M. Danner
Michael S. Shuster
mshuster@hsgllp.com
Scott M. Danner
sdanner@hsgllp.com
Lauren Cole
lcole@hsgllp.com
425 Lexington Avenue
New York, NY 10017
(646) 837-5151

*Attorneys for Sinclair Broadcast Group, Inc.*