IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DIAMOND SPORTS GROUP, LLC, *et al.*,[1]<br><br>　　　　　　Debtors.<br><br>DIAMOND SPORTS GROUP, LLC, *et al.*<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>SINCLAIR BROADCAST GROUP, INC., *et al.*<br>　　　　　　Defendants. | Misc. Case No. 1:23-mc-468<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION<br><br>S.D. Tex. Case No. 23-90116<br><br>Adv. Prn. No. 23-03134 |

　　　　Defendant Sinclair Broadcast Group, Inc. ("Sinclair") has moved this Court for an order to show cause pursuant to Fed. R. Civ. P. 45 to transfer Sinclair's motion to compel the Office of the Commissioner of Baseball d/b/a Major League Baseball ("MLB") to comply with the subpoena *duces tecum* (the "Subpoena") served on it by Sinclair on September 28, 2023, or, in the alternative, to grant the motion to compel.

　　　　The Court, having reviewed the Memorandum of Law, and supporting Declaration and exhibits submitted therewith, HEREBY FINDS:

A. Exceptional circumstances exist to warrant transferring Sinclair's motion to compel to the U.S. Bankruptcy Court for the Southern District of Texas, the Court presiding over the underlying adversary proceeding, 23-03134.

---

[1] A complete list of each of the debtors in these chapter 11 cases (collectively, the "Debtors" or "Diamond") may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

B. MLB was served with the Subpoena on September 28, 2023 pursuant to Fed. R. Civ. P. 45.

C. MLB has not responded in full compliance with the Subpoena.

THEREFORE, IT IS HEREBY ORDERED that MLB shall appear on ___ day of December 2023 at _____ a.m./p.m. in Courtroom _____ of the United States District Court for the Southern District of New York at 500 Pearl Street / 40 Centre Street, New York, New York, to show cause why an Order, pursuant to Federal Rule of Civil Procedure 45, should not be entered, transferring this motion to the U.S. Bankruptcy Court for the Southern District of Texas or, in the alternative, compelling MLB to comply in full with the Subpoena by producing all documents requested therein no later than December __, 2023, and pay Sinclair its reasonable expenses, including attorney's fees, caused by MLB's failure to comply.

IT IS FURTHER ORDERED that MLB's answer papers shall be filed and served upon Sinclair's counsel by the __ day of December, 2023, and Sinclair's reply papers, if any, shall be filed and served on MLB by the __ day of December, 2023.

SO ORDERED this ___ day of December, 2023

                                                                             United States District Judge